McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>VICENTE OCADIO,<br><br>        Defendant. | CR-S-04-0389-MCE<br><br>STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR DEFENDANT OCADIO'S MOTION FOR PRODUCTION OF CO-CONSPIRATOR STATEMENTS WHICH FAIL TO MEET FRE 801(d)(2)(E)<br><br><br>DATE:  June 29, 2005<br>Hon. Peter A. Nowinski |

Plaintiff United States of America, by its counsel Assistant United States Attorney Phillip A. Talbert, and defendant Vicente Ocadio, by and through his counsel David G. Currie, hereby stipulate and agree to the following briefing schedule for the Government's Response and the Defendant's Reply thereto to Defendant Ocadio's Motion for Production of Alleged Co-Conspirator Statements Which Fail to Meet FRE 801(d)(2)(E):

    1.  Government Response filed by June 14, 2005;

    2.  Defendant's Reply filed by June 22, 2005.

///

```
Date: June 2, 2005              McGREGOR W. SCOTT
                                United States Attorney


                           By:  /s/ Phillip A. Talbert
                                PHILLIP A. TALBERT
                                Assistant U.S. Attorney


Date: June 2, 2005         By:  /s/ David G. Currie by PAT
                                DAVID G. CURRIE, Attorney for
                                defendant VICENTE OCADIO
```

## **O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

    Dated:  June 6, 2005.

```
                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge
```