1  McGREGOR W. SCOTT
   United States Attorney
2  PHILLIP A. TALBERT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR-S-04-0389-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) ON BRIEFING SCHEDULE FOR |
| | ) DEFENDANT OCADIO'S MOTIONS TO |
| VICENTE OCADIO, | ) DISMISS CONSPIRACY CHARGE, FOR |
| | ) DISCOVERY OF INFORMANT |
| Defendant. | ) INFORMATION, AND FOR RELEASE |
| | ) PENDING TRIAL |
| | ) DATE:  June 28, 2005 |
| | ) TIME:  8:30 a.m. |
| | ) Hon. Morrison C. England, Jr. |

Plaintiff United States of America, by its counsel Assistant United States Attorney Phillip A. Talbert, and defendant Vicente Ocadio, by and through his counsel David G. Currie, hereby stipulate and agree to the following briefing schedule for the Government's Response and the Defendant's Reply thereto to Defendant Ocadio's Motion to Dismiss Conspiracy Charge, Motion for Discovery of Informant Information, and Motion for Release Pending Trial:

1. Government Response filed by June 14, 2005;

2. Defendant's Reply filed by June 22, 2005.

Date: June 2, 2005            McGREGOR W. SCOTT
                              United States Attorney


                         By:  /s/ Phillip A. Talbert
                              PHILLIP A. TALBERT
                              Assistant U.S. Attorney


Date: June 2, 2005       By:  /s/ David G. Currie by PAT
                              DAVID G. CURRIE, Attorney for
                              defendant VICENTE OCADIO

### **O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Date: June 7, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE