```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PHILLIP A. TALBERT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2789
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,   ) CR-S-04-0389-MCE
                                )
13            Plaintiff,        ) STIPULATION AND [PROPOSED] ORDER
         v.                     ) ON AMENDED BRIEFING SCHEDULE FOR
14                              ) DEFENDANT OCADIO'S MOTIONS TO
    VICENTE OCADIO,             ) DISMISS CONSPIRACY CHARGE, FOR
15                              ) DISCOVERY OF INFORMANT
              Defendant.        ) INFORMATION, AND FOR RELEASE
16                              ) PENDING TRIAL
                                )
17                              )
                                )
18                              )
                                )
19                              ) DATE:  June 28, 2005
                                ) TIME:  8:30 a.m.
20                                Hon. Morrison C. England, Jr.
```

21     Plaintiff United States of America, by its counsel Assistant
22  United States Attorney Phillip A. Talbert, and defendant Vicente
23  Ocadio, by and through his counsel David G. Currie, hereby
24  stipulate and agree to the following amended briefing schedule
25  for the Government's Response and the Defendant's Reply thereto
26  to Defendant Ocadio's Motion to Dismiss Conspiracy Charge, Motion
27  for Discovery of Informant Information, and Motion for Release
28  Pending Trial:

1. Government Response filed by June 16, 2005;

2. Defendant's Reply filed by June 23, 2005.

Date: June 14, 2005			McGREGOR W. SCOTT
					United States Attorney


					By: /s/ Phillip A. Talbert

					PHILLIP A. TALBERT
					Assistant U.S. Attorney

Date: June 14, 2005		By: /s/ David G. Currie by PAT

					DAVID G. CURRIE, Attorney for
					defendant VICENTE OCADIO

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Date: June 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE