McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>VICENTE OCADIO,<br><br>        Defendant. | ) CR-S-04-0389-MCE<br>)<br>) STIPULATION AND [PROPOSED] ORDER<br>) ON AMENDED BRIEFING SCHEDULE FOR<br>) DEFENDANT OCADIO'S MOTION FOR<br>) PRODUCTION OF CO-CONSPIRATOR<br>) STATEMENTS WHICH FAIL TO MEET FRE<br>) 801(d)(2)(E)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Hon. Peter A. Nowinski |

Plaintiff United States of America, by its counsel Assistant United States Attorney Phillip A. Talbert, and defendant Vicente Ocadio, by and through his counsel David G. Currie, hereby stipulate and agree to the following amended briefing schedule for the Government's Response and the Defendant's Reply thereto to Defendant Ocadio's Motion for Production of Alleged Co-Conspirator Statements Which Fail to Meet FRE 801(d)(2)(E):

    1.   Government Response filed by June 16, 2005;

    2.   Defendant's Reply filed by June 23, 2005.

```
Date: June 14, 2005              McGREGOR W. SCOTT
                                 United States Attorney


                          By:    /s/ Phillip A. Talbert
                                 PHILLIP A. TALBERT
                                 Assistant U.S. Attorney


Date: June 14, 2005       By:    /s/ David G. Currie by PAT
                                 DAVID G. CURRIE, Attorney for
                                 defendant VICENTE OCADIO
```

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

   Dated:  June 20, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge