McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-04-0389-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | WITHDRAWING MOTION FOR |
| ) | PRODUCTION OF ALLEGED CO- |
| VICENTE OCADIO, ) | CONSPIRATOR STATEMENTS |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

   Plaintiff United States of America, by its counsel Assistant United States Attorney Phillip A. Talbert, and defendant Vicente Ocadio, by and through his counsel David G. Currie, hereby stipulate and agree that defendant's Motion for Production of Alleged Co-Conspirator Statements, filed May 24, 2005, shall be withdrawn, without prejudice to refiling consistent with any motions schedule later set by the Court, to allow the parties to continue producing and reviewing discovery materials in the case.

Date: June 24, 2005        McGREGOR W. SCOTT
                           United States Attorney

                     By:   /s/ Phillip A. Talbert
                           PHILLIP A. TALBERT
                           Assistant U.S. Attorney

Date: June 24, 2005  By:   /s/ David G. Currie by PAT
                           DAVID G. CURRIE, Attorney for
                           defendant VICENTE OCADIO

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: June 27, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

2