```
1  McGREGOR W. SCOTT
   United States Attorney
2  PHILLIP A. TALBERT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2789
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-S-04-0389-MCE |
| | ) |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING HEARING DATE ON |
| | ) DEFENDANT'S MOTION FOR RELEASE |
| VICENTE OCADIO, | ) PENDING TRIAL |
| | ) |
| Defendant. | ) |
| | ) |
| | ) Hon. Morrison C. England, Jr. |
| | ) |

Plaintiff United States of America, by its counsel Assistant United States Attorney Phillip A. Talbert, and defendant Vicente Ocadio, by and through his counsel David G. Currie, hereby stipulate and agree to a continuance of the hearing date on the defendant's Motion for Release Pending Trial, which is currently scheduled for November 1, 2005, at 8:30 a.m., to a new date of

///
///
///
///

November 22, 2005, at 8:30 a.m., based on continuing discussions between counsel concerning the motion.

Date: October 27, 2005          McGREGOR W. SCOTT
                                United States Attorney

                          By:   /s/ Phillip A. Talbert
                                PHILLIP A. TALBERT
                                Assistant U.S. Attorney

Date: October 27, 2005    By:   /s/ David G. Currie
                                DAVID G. CURRIE, Attorney for
                                defendant VICENTE OCADIO
                                (Signed by PAT per telephone
                                authorization)

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Date: November 3, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE