1  McGREGOR W. SCOTT
   United States Attorney
2  PHILLIP A. TALBERT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2789


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) CR-S-04-0389-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING HEARING DATE ON |
|  | ) DEFENDANT'S MOTION FOR RELEASE |
| VICENTE OCADIO, | ) PENDING TRIAL |
| Defendant. | ) |
|  | ) Hon. Morrison C. England, Jr. |

     Plaintiff United States of America, by its counsel Assistant United States Attorney Phillip A. Talbert, and defendant Vicente Ocadio, by and through his counsel David G. Currie, hereby stipulate and agree to a continuance of the hearing date on the defendant's Motion for Release Pending Trial, which is currently scheduled for December 6, 2005, at 8:30 a.m., to a new date of

///
///
///
///

December 13, 2005, at 8:30 a.m., based on continuing discussions between counsel concerning the motion.

Date: December 1, 2005        McGREGOR W. SCOTT
                              United States Attorney

                         By:  /s/ Phillip A. Talbert
                              PHILLIP A. TALBERT
                              Assistant U.S. Attorney

Date: December 1, 2005   By:  /s/ David G. Currie
                              DAVID G. CURRIE, Attorney for
                              defendant VICENTE OCADIO
                              (Signed by PAT per telephone
                              authorization)

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Date: December 8, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE