McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-04-0389-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | WITHDRAWING DEFENDANT'S MOTION |
| ) | FOR RELEASE PENDING TRIAL |
| VICENTE OCADIO, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | Hon. Morrison C. England, Jr. |

Plaintiff United States of America, by its counsel Assistant United States Attorney Phillip A. Talbert, and defendant Vicente Ocadio, by and through his counsel David G. Currie, hereby stipulate and agree that defendant's Motion for Release Pending Trial, which is currently scheduled for a hearing on December 13, 2005, at 8:30 a.m., shall be withdrawn, without prejudice to refiling consistent with any motions schedule later set by the

///
///
///

Court in this matter, based on continuing discussions between counsel concerning the motion.

Date: December 9, 2005        McGREGOR W. SCOTT
                              United States Attorney

                        By:   /s/ Phillip A. Talbert
                              PHILLIP A. TALBERT
                              Assistant U.S. Attorney

Date: December 9, 2005  By:   /s/ David G. Currie
                              DAVID G. CURRIE, Attorney for
                              defendant VICENTE OCADIO
                              (Signed by PAT per telephone
                              authorization)

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Date: December 14, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE