1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,               No. CR S-04-0389 MCE KJM P

    vs.

VICENTE MIRANDA OCADIO

        Movant.                <u>ORDER</u>

_____/

        On June 22, 2007, movant filed a document titled "petition in the nature of motion to vacate void judgement & sentence as contemplated at FRCP 60(b)(4), FRCP 12(b) and FRCP 15(c)(3)." The document is 71 pages long and almost all of the arguments included therein are nonsense. The court will deny movant's motion. Movant will be granted thirty days within which to file a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 on the form to be provided by the Clerk of the Court. If movant elects to file a § 2255 motion, he shall fill out the form completely and accurately. He also shall not include any frivolous claims. If movant includes any patently frivolous claims, the court may issue monetary sanctions. Movant is advised to review Rule 11 of the Federal Rules of Civil Procedure, which concerns a litigant's responsibilities with respect to filing documents in civil matters in federal court.

Movant has also filed several frivolous requests with the court. All will be denied and movant is advised that the filing of frivolous motions or requests might also result in monetary sanctions.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Movant's June 22, 2007 "petition in the nature of motion to vacate void judgement. . ." is denied without prejudice to movant filing a motion under 28 U.S.C. § 2255 within thirty days of this order. If movant elects to file a § 2255 motion, he shall do so on the form to be provided by the Clerk of the Court.

2. The Clerk of the Court is directed to send movant the court's form for use in filing a § 2255 motion.

3. All outstanding requests filed by movant are denied.

DATED: November 6, 2007.

_____
U.S. MAGISTRATE JUDGE

1
ocad0389.214(6.22.07)