IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No. 04-cr-00389-MCE-KJM P |
|     Respondent, | | |
|   vs. | | <u>ORDER</u> |
| VICENTE MIRANDA OCADIO, | | |
|     Movant. | | |
| _____/ | | |

     On February 12, 2008, movant filed a request for reconsideration of the magistrate judge's order filed November 6, 2007. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Movant's request for reconsideration of the magistrate judge's order of November 6, 2007 is therefore untimely.

/////

/////

/////

/////

1

1    Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 magistrate judge filed November 6, 2007, is affirmed.

Dated:  April 10, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE