IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                           No. CR S-04-0389 MCE KJM P

   vs.

VICENTE OCADIO,                                <u>ORDER AND</u>

      Movant.                              <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

      Movant, a federal prisoner proceeding pro se is currently serving a sentence of 108 months imprisonment at the Federal Correctional Institution in Herlong, California for conspiracy to possess with the intent to distribute methamphetamine. On November 6, 2007, the court granted movant leave to file a motion pursuant to 28 U.S.C. § 2255. Movant filed an amended motion on November 16, 2007 and then filed another on March 24, 2008. The court considers the November 16, 2007 motion withdrawn and will proceed on the March 24, 2008 motion.

      Movant makes several outlandish arguments in support of his position that this court did not have jurisdiction to convict petitioner. For example he asserts that he is immune from prosecution in the United States because he is a member of the diplomatic staff of the "Order of Melchizedek." Mot. at 22. But movant fails to point to any meritorious basis for his

arguments and fails to show that this court did not have jurisdiction to convict him. Because petitioner fails to present an arguable basis for relief in his motion, the court will recommend that his motion be denied and that all other outstanding motions and requests be denied.  See Rule 4, Rules Governing Section 2255 Cases.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's November 16, 2007 amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (#325) is deemed withdrawn.

IT IS HEREBY RECOMMENDED that:

1. Movant's March 24, 2008 motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (#325) be denied;

2. All other outstanding motions and requests (#297, #307, #320, #326, #328, #329, #333,[1] #335) be denied; and

3. The clerk of the court be directed to close the companion civil case No. CIV-S-07-1063 MCE KJM P.

These findings and recommendations are submitted to the United States District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, movant may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."   Movant is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 18, 2008.

U.S. MAGISTRATE JUDGE

---

[1] In document #333, movant seeks to withdraw his guilty plea under Rule 11 of the Federal Rules of Criminal Procedure.  However, movant's Rule 11 motion is not timely as it was not filed before sentencing.  Fed. R. Crim. P 11(d)(2).

2

ocad0389.206(3.24.08)